**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIKA CUELLO,

    Plaintiff,

v.   Case No: 8:14-cv-514-T-30TGW

SALONCENTRIC, INC. and
RANDSTAD US, L.P.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Final Order of Dismissal With Prejudice (Dkt. #18). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of September, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-415 dismiss 18.docx